**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SANDRA SCHULZE, individually; as guardian ad litem of minor child E.S.; and as Special Administrator of the ESTATE OF JON D. SCHULZE; MAKAYLA SCHULZE; GAHVIN SCHULZE; VICTORIA MARTIN; KALI WOOD-SMITH; and SEBASTIAN GROTTS,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>DOUGLAS COUNTY, a political subdivision of the State of Nevada; MATT SAMPSON, DEPUTY SHERIFF II, DOUGLAS COUNTY SHERIFF'S OFFICE; DOES 1-10,<br><br>　　　　　Defendants. | Case No.: 3:23-cv-00567-ART-CLB<br><br>**ORDER GRANTING**<br><br>STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(FIRST REQUEST) |

COME NOW Plaintiffs, SANDRA SCHULZE, individually; as guardian ad litem of minor child E.S.; and as Special Administrator of the ESTATE OF JON D. SCHULZE; MAKAYLA SCHULZE; GAHVIN SCHULZE; VICTORIA MARTIN; KALI WOOD-SMITH; and SEBASTIAN GROTTS and Defendants DOULGAS COUNTY and MATT SAMPSON, by and through undersigned Counsel, and hereby stipulate for an Order allowing Plaintiffs until September 30, 2025, within which to file a response to Defendants' Motion for

1 | Summary Judgment. [Doc. 36]

2 |     This request for an extension is made in good faith and not for purpose of delay.

3 | DATED this 11th day of September, 2025.       DATED this 11th day of September, 2025

4 | LAW OFFICE OF GENE M. KAUFMANN      THORNDAL ARMSTRONG, PC

5 | By:   /s/ Gene M. Kaufman       By:   /s/ Katherine Parks

GENE M. KAUFMANN, ESQ.      KATHERINE F. PARKS, ESQ.
1576 3rd Street      6590 S. McCarran Blvd., Suite B
Minden, NV 89423      Reno, NV 89509
     Attorney for Defendants
ROBERT L. CHAIKEN, ESQ.      DOUGLAS COUNTY and
Chaiken & Chaiken, P.C.      MATT SAMPSON
5717 Legacy Dr., Suite 250
Plano, TX 75024
Attorneys for PLAINTIFFS

**ORDER**

IT IS SO ORDERED.

DATED:  This 15th day of Septmeber, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE