# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA SCHULZE, individually; as guardian ad litem of minor child E.S.; and as Special Administrator of the ESTATE OF JON D. SCHULZE; MAKAYLA SCHULZE; GAHVIN SCHULZE; VICTORIA MARTIN; KALI WOOD-SMITH; and SEBASTIAN GROTTS,<br><br>Plaintiffs,<br><br>vs.<br><br>DOUGLAS COUNTY, a political subdivision of the State of Nevada; MATT SAMPSON, DEPUTY SHERIFF II, DOUGLAS COUNTY SHERIFF'S OFFICE; DOES 1-10,<br><br>Defendants. | Case No.: 3:23-cv-00567-ART-CLB<br><br>**ORDER GRANTING**<br><br>STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (SECOND REQUEST) |

COME NOW Plaintiffs, SANDRA SCHULZE, individually; as guardian ad litem of minor child E.S.; and as Special Administrator of the ESTATE OF JON D. SCHULZE; MAKAYLA SCHULZE; GAHVIN SCHULZE; VICTORIA MARTIN; KALI WOOD-SMITH; and SEBASTIAN GROTTS and Defendants DOULGAS COUNTY and MATT SAMPSON, by and through undersigned Counsel, and hereby stipulate for an Order allowing Plaintiffs until October 7, 2025, within which to file a response to Defendants' Motion for

1 | Summary Judgment. [Doc. 36]

2 | This request for an extension is made in good faith and not for purpose of delay.

3 | DATED this 26th day of September, 2025.    DATED this 26th day of September, 2025

4 | LAW OFFICE OF GENE M. KAUFMANN    THORNDAL ARMSTRONG, PC

5 | By: ___/s/ Gene M. Kaufman___    By: ___/s/ Katherine Parks_____
GENE M. KAUFMANN, ESQ.    KATHERINE F. PARKS, ESQ.
1576 3rd Street    6590 S. McCarran Blvd., Suite B
Minden, NV 89423    Reno, NV 89509
Attorney for Defendants
ROBERT L. CHAIKEN, ESQ.    DOUGLAS COUNTY and
Chaiken & Chaiken, P.C.    MATT SAMPSON
5717 Legacy Dr., Suite 250
Plano, TX 75024
Attorneys for PLAINTIFFS

## ORDER

IT IS SO ORDERED.

DATED: This 26th day of September, 2025.

_____
Anne R. Traum
United States District Judge