**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SANDRA SCHULZE, individually; as guardian ad litem of minor child E.S.; and as Special Administrator of the ESTATE OF JON D. SCHULZE; MAKAYLA SCHULZE; GAHVIN SCHULZE; VICTORIA MARTIN; KALI WOOD-SMITH; and SEBASTIAN GROTTS,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>DOUGLAS COUNTY, a political subdivision of the State of Nevada; MATT SAMPSON, DEPUTY SHERIFF II, DOUGLAS COUNTY SHERIFF'S OFFICE; DOES 1-10,<br><br>　　　　　Defendants. | Case No.: 3:23-cv-00567-ART-CLB<br><br>**ORDER GRANTING**<br><br>STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(THIRD REQUEST) |

 COME NOW Plaintiffs, SANDRA SCHULZE, individually; as guardian ad litem of minor child E.S.; and as Special Administrator of the ESTATE OF JON D. SCHULZE; MAKAYLA SCHULZE; GAHVIN SCHULZE; VICTORIA MARTIN; KALI WOOD-SMITH; and SEBASTIAN GROTTS and Defendants DOULGAS COUNTY and MATT SAMPSON, by and through undersigned Counsel, and hereby stipulate for an Order allowing Plaintiffs until October 20, 2025, within which to file a response to Defendants' Motion for

Summary Judgment. [Doc. 36]

This request for an extension is made in good faith and not for purpose of delay.

DATED this 7th day of October, 2025.   DATED this 7th day of October, 2025.

KAUFMANN LAW   THORNDAL ARMSTRONG, PC

By:   /s/ Gene M. Kaufman   By:   /s/ Katherine Parks
    GENE M. KAUFMANN, ESQ.       KATHERINE F. PARKS, ESQ.
    1576 3rd Street       6590 S. McCarran Blvd., Suite B
    Minden, NV 89423       Reno, NV 89509
           Attorney for Defendants
    ROBERT L. CHAIKEN, ESQ.       DOUGLAS COUNTY and
    Chaiken & Chaiken, P.C.       MATT SAMPSON
    5717 Legacy Dr., Suite 250
    Plano, TX 75024
    Attorneys for PLAINTIFFS

**ORDER**

IT IS SO ORDERED.

DATED:  This 8th day of October, 2025.

_____
Anne R. Traum
United States District Judge