UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA SCHULZE, individually, as guardian ad litem of minor child E.S., and as Special Administrator of the ESTATE OF JON D. SCHULZE; MAKAYLA SCHULZE; GAHVIN SCHULZE; VICTORIA MARTIN; KALI WOOD-SMITH; and SEBASTIAN GROTTS, <br><br> Plaintiffs, <br><br> vs. <br><br> DOUGLAS COUNTY, a political subdivision of the State of Nevada; MATT SAMPSON, DEPUTY SHERIFF II, DOUGLAS COUNTY SHERIFF'S OFFICE; DOES 1-10, <br><br> Defendants. | Case No.   3:23-cv-00567-ART-CLB <br><br> **ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** <br><br> **(FIRST REQUEST)** |

COME NOW, Plaintiffs SANDRA SCHULZE, individually, as guardian ad litem of minor child E.S., and as Special Administrator of the ESTATE OF JON D. SCHULZE, MAKAYLA SCHULZE, GAHVIN SCHULZE, VICTORIA MARTIN, KALI WOOD-SMITH, and SEBASTIAN GROTTS, and Defendants DOUGLAS COUNTY and MATT SAMPSON, by and through their undersigned attorneys of record, hereby stipulate for an Order allowing Defendants until November 24, 2025, within which to file a reply in support of their Motion for Summary Judgment.

- 1 -

This request for an extension is made in good faith and not for purpose of delay.

Dated this 24th day of October, 2025.                    Dated this 24th day of October, 2025.

LAW OFFICE OF GENE M. KAUFMANN            THORNDAL ARMSTRONG, PC

By:  */s/ Gene Kaufmann*                                By:  */s/ Katherine Parks*
    GENE M. KAUFMANN, ESQ.                              KATHERINE F. PARKS, ESQ.
    1591 Mono Avenue, Suite 102                         6590 S. McCarran Blvd, Suite B
    Minden, NV  89423                                   Reno, NV 89509
                                                        Attorney for Defendants
    ROBERT L. CHAIKEN, ESQ.                             DOUGLAS COUNTY and
    CHAIKEN & CHAIKEN, P.C.                             MATT SAMPSON
    5717 Legacy Dr., Suite 250
    Plano, TX  75024
    Attorneys for Plaintiffs

## ORDER

IT IS SO ORDERED.

DATED: This 27th day of October, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRCT JUDGE