|   |   |
|---|---|
| SANDRA SCHULZE, individually, as guardian ad litem of minor child E.S., and as Special Administrator of the ESTATE OF JON D. SCHULZE; MAKAYLA SCHULZE; GAHVIN SCHULZE; VICTORIA MARTIN; KALI WOOD-SMITH; and SEBASTIAN GROTTS,<br><br>Plaintiffs,<br><br>vs.<br><br>DOUGLAS COUNTY, a political subdivision of the State of Nevada; MATT SAMPSON, DEPUTY SHERIFF II, DOUGLAS COUNTY SHERIFF'S OFFICE; DOES 1-10,<br><br>Defendants. | Case No.    3:23-cv-00567-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

COME NOW, Plaintiffs SANDRA SCHULZE, individually, as guardian ad litem of minor child E.S., and as Special Administrator of the ESTATE OF JON D. SCHULZE, MAKAYLA SCHULZE, GAHVIN SCHULZE, VICTORIA MARTIN, KALI WOOD-SMITH, and SEBASTIAN GROTTS, and Defendants DOUGLAS COUNTY and MATT SAMPSON, by and through their undersigned attorneys of record, hereby stipulate for an Order allowing Defendants until December 8, 2025, within which to file a reply in support of their Motion for Summary Judgment.

- 1 -

1    This request for an extension is made in good faith and not for purpose of delay.

2    Dated this 12th day of November, 2025.        Dated this 12th day of November, 2025.

3    LAW OFFICE OF GENE M. KAUFMANN        THORNDAL ARMSTRONG, PC

4

5    By:  /s/ Gene Kaufmann                            By:  /s/ Katherine Parks
6         GENE M. KAUFMANN, ESQ.                        KATHERINE F. PARKS, ESQ.
          1591 Mono Avenue, Suite 102                   6590 S. McCarran Blvd, Suite B
7         Minden, NV  89423                             Reno, NV 89509
                                                        Attorney for Defendants
8         ROBERT L. CHAIKEN, ESQ.                       DOUGLAS COUNTY and
          CHAIKEN & CHAIKEN, P.C.                       MATT SAMPSON
9         5717 Legacy Dr., Suite 250
10        Plano, TX  75024
          Attorneys for Plaintiffs

**IT IS SO ORDERED.**

DATED: This 13th day of November, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE