1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
9            DISTRICT OF NEVADA
10

11  SANDRA SCHULZE, individually, as
    guardian ad litem of minor child E.S., and as
12  Special Administrator of the ESTATE OF
    JON D. SCHULZE; MAKAYLA SCHULZE;       Case No.    3:23-cv-00567-ART-CLB
13  GAHVIN SCHULZE; VICTORIA MARTIN;
    KALI WOOD-SMITH; and SEBASTIAN         **ORDER GRANTING**
14  GROTTS,
                                           **STIPULATION AND ORDER TO**
15           Plaintiffs,                   **EXTEND DEADLINE FOR**
                                           **DEFENDANTS TO FILE REPLY IN**
16  vs.                                    **SUPPORT OF MOTION FOR**
                                           **SUMMARY JUDGMENT**
17  DOUGLAS COUNTY, a political subdivision
    of the State of Nevada; MATT SAMPSON,  **(THIRD REQUEST)**
18  DEPUTY SHERIFF II, DOUGLAS
    COUNTY SHERIFF'S OFFICE; DOES 1-10,
19
             Defendants.
20

21       COME NOW, Plaintiffs SANDRA SCHULZE, individually, as guardian ad litem of

22  minor child E.S., and as Special Administrator of the ESTATE OF JON D. SCHULZE,

23  MAKAYLA SCHULZE, GAHVIN SCHULZE, VICTORIA MARTIN, KALI WOOD-SMITH,

24  and SEBASTIAN GROTTS, and Defendants DOUGLAS COUNTY and MATT SAMPSON, by

25  and through their undersigned attorneys of record, hereby stipulate for an Order allowing

26  Defendants until December 29, 2025, within which to file a reply in support of their Motion for

27  Summary Judgment.

28

- 1 -

This request for an extension is made in good faith and not for purpose of delay.

Dated this 5th day of December, 2025.

LAW OFFICE OF GENE M. KAUFMANN

By: */s/ Gene Kaufmann*
    GENE M. KAUFMANN, ESQ.
    1591 Mono Avenue, Suite 102
    Minden, NV  89423

    ROBERT L. CHAIKEN, ESQ.
    CHAIKEN & CHAIKEN, P.C.
    5717 Legacy Dr., Suite 250
    Plano, TX  75024
    Attorneys for Plaintiffs

Dated this 5th day of December, 2025.

THORNDAL ARMSTRONG, PC

By: */s/ Katherine Parks*
    KATHERINE F. PARKS, ESQ.
    6590 S. McCarran Blvd, Suite B
    Reno, NV 89509
    Attorney for Defendants
    DOUGLAS COUNTY and
    MATT SAMPSON

**ORDER**

IT IS SO ORDERED.

DATED this 5th day of December, 2025.

_____
Anne R. Traum
United States District Judge