1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                               DISTRICT OF NEVADA

10

11   SANDRA SCHULZE, individually, as
     guardian ad litem of minor child E.S., and as
12   Special Administrator of the ESTATE OF        Case No.        3:23-cv-00567-ART-CLB
     JON D. SCHULZE; MAKAYLA SCHULZE;
13   GAHVIN SCHULZE; VICTORIA MARTIN;              **ORDER GRANTING**
     KALI WOOD-SMITH; and SEBASTIAN                **STIPULATION TO**
14   GROTTS,                                       **EXTEND DEADLINE FOR**
                                                   **DEFENDANTS TO FILE REPLY IN**
15                  Plaintiffs,                    **SUPPORT OF MOTION FOR**
                                                   **SUMMARY JUDGMENT**
16   vs.
                                                   **(FOURTH REQUEST)**
17   DOUGLAS COUNTY, a political subdivision
     of the State of Nevada; MATT SAMPSON,
18   DEPUTY SHERIFF II, DOUGLAS
     COUNTY SHERIFF'S OFFICE; DOES 1-10,
19
                    Defendants.
20

21          COME NOW, Plaintiffs SANDRA SCHULZE, individually, as guardian ad litem of

22   minor child E.S., and as Special Administrator of the ESTATE OF JON D. SCHULZE,

23   MAKAYLA SCHULZE, GAHVIN SCHULZE, VICTORIA MARTIN, KALI WOOD-SMITH,

24   and SEBASTIAN GROTTS, and Defendants DOUGLAS COUNTY and MATT SAMPSON, by

25   and through their undersigned attorneys of record, hereby stipulate for an Order allowing

26   Defendants until January 16, 2026, within which to file a reply in support of their Motion for

27   Summary Judgment.

28

                                             - 1 -

1    Counsel for the Defendants appreciates that this is the fourth request for an extension of

2  the deadline for submission of the reply in question.  Counsel for the Defendants has been out of

3  the office as a result of extenuating circumstances pertaining to family medical issues and this

4  request for an extension is made in good faith and not for purpose of delay.

5  Dated this 22nd day of December, 2025.          Dated this 22nd day of December, 2025.

6
   LAW OFFICE OF GENE M. KAUFMANN          THORNDAL ARMSTRONG, PC
7

8  By:    /s/ Gene Kaufmann                    By:    /s/ Katherine Parks
9         GENE M. KAUFMANN, ESQ.                    KATHERINE F. PARKS, ESQ.
          1591 Mono Avenue, Suite 102                6590 S. McCarran Blvd, Suite B
10        Minden, NV  89423                          Reno, NV 89509
                                                     Attorney for Defendants
11        ROBERT L. CHAIKEN, ESQ.                    DOUGLAS COUNTY and
12        CHAIKEN & CHAIKEN, P.C.                    MATT SAMPSON
          5717 Legacy Dr., Suite 250
13        Plano, TX  75024
14        Attorneys for Plaintiffs

15                              **ORDER**

16

17        IT IS SO ORDERED.
18
          DATED: This 23rd day of December 2025.
19

20                                    _____
21                                    ANNE R. TRAUM
22                                    UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28