**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SANDRA SCHULZE, individually; as guardian ad litem of minor child E.S.; and as Special Administrator of the ESTATE OF JON D. SCHULZE; MAKAYLA SCHULZE; GAHVIN SCHULZE; VICTORIA MARTIN; KALI WOOD-SMITH; and SEBASTIAN GROTTS, <br><br> Plaintiffs, <br><br> vs. <br><br> DOUGLAS COUNTY, a political subdivision of the State of Nevada; MATT SAMPSON, DEPUTY SHERIFF II, DOUGLAS COUNTY SHERIFF'S OFFICE; DOES 1-10, <br><br> Defendants. | Case No.:  3:23-cv-00567-ART-CLB <br><br> **ORDER GRANTING** <br><br> STIPULATION TO EXTEND DEADLINE TO FILE PLAINTIFFS' MOTION FOR RECONSIDERATION (FIRST REQUEST) & TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER (FIRST REQUEST) |

**COMES NOW** Plaintiffs, **SANDRA SCHULZE**, individually; as guardian ad litem of minor child E.S.; and as Special Administrator of the **Estate of Jon D. Schulze**; **MAKAYLA SCHULZE; GAHVIN SCHULZE; VICTORIA MARTIN; KALI WOOD-SMITH; and SEBASTIAN GROTTS**, and Defendants, **DOUGLAS COUNTY** and **MATT SAMPSON**, by and through their respective counsel of record, and hereby stipulate and agree that Plaintiffs shall have an extension of time, up to and including **April 27, 2026**, within which to file a

Motion for Reconsideration of the ORDER ON MOTION FOR SUMMARY JUDGMENT (ECF No. 36).

The parties further stipulate and request that the deadline for filing the Joint Pretrial Order be extended to **June 1, 2026**.

This stipulation is made in good faith and not for purposes of delay.

DATED this 2nd day of April, 2026.            DATED this 2nd day of April, 2026.

LAW OFFICE OF GENE M. KAUFMANN        THORNDAL ARMSTRONG, PC

By:   /s/ Gene M. Kaufman          .        By:   /s/ Katherine Parks          .
    GENE M. KAUFMANN, ESQ.                    KATHERINE F. PARKS, ESQ.
    1576 3rd Street                                          6590 S. McCarran Blvd., Suite B
    Minden, NV 89423                                      Reno, NV 89509
                                                                      Attorney for Defendants
    ROBERT L. CHAIKEN, ESQ.                      DOUGLAS COUNTY and
    Chaiken & Chaiken, P.C.                           MATT SAMPSON
    5717 Legacy Dr., Suite 250
    Plano, TX 75024
    Attorneys for PLAINTIFFS

### ORDER

IT IS SO ORDERED.

DATED:  This 3rd day of April, 2026.

_____
ANNE R. TRUAM
UNITED STATES DISTRICT JUDGE