UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SANDRA SCHULZE, individually, as guardian ad litem of minor child E.S., and as Special Administrator of the ESTATE OF JON D. SCHULZE; MAKAYLA SCHULZE; GAHVIN SCHULZE; VICTORIA MARTIN; KALI WOOD-SMITH; and SEBASTIAN GROTTS,

Plaintiffs,

vs.

DOUGLAS COUNTY, a political subdivision of the State of Nevada; MATT SAMPSON, DEPUTY SHERIFF II, DOUGLAS COUNTY SHERIFF'S OFFICE; DOES 1-10,

Defendants.

Case No.      3:23-cv-00567-ART-CLB

**ORDER GRANTING**

STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION [ECF 58]

**(FIRST REQUEST)**

COME NOW, Plaintiffs SANDRA SCHULZE, individually, as guardian ad litem of minor child E.S., and as Special Administrator of the ESTATE OF JON D. SCHULZE, MAKAYLA SCHULZE, GAHVIN SCHULZE, VICTORIA MARTIN, KALI WOOD-SMITH, and SEBASTIAN GROTTS, and Defendants DOUGLAS COUNTY and MATT SAMPSON, by and through their undersigned attorneys of record, hereby stipulate for an Order allowing Defendants until May 26, 2026, within which to file a response to Plaintiffs' Motion for Reconsideration [ECF 58].

- 1 -

This request for an extension is made in good faith and not for purpose of delay.

Dated this 6th day of May, 2026.                    Dated this 6th day of May, 2026.

LAW OFFICE OF GENE M. KAUFMANN          THORNDAL ARMSTRONG, PC


By:   */s/ Gene Kaufmann*                           By:   */s/ Katherine Parks*
      GENE M. KAUFMANN, ESQ.                               KATHERINE F. PARKS, ESQ.
      1591 Mono Avenue, Suite 102                          6590 S. McCarran Blvd, Suite B
      Minden, NV  89423                                    Reno, NV 89509
                                                           Attorney for Defendants
      ROBERT L. CHAIKEN, ESQ.                              DOUGLAS COUNTY and
      CHAIKEN & CHAIKEN, P.C.                               MATT SAMPSON
      5717 Legacy Dr., Suite 250
      Plano, TX  75024
      Attorneys for Plaintiffs


## ORDER


IT IS SO ORDERED.

DATED: This 7th day of May, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

- 2 -